**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**03-1190**

**RAPIDES PARISH WATERWORKS DISTRICT NO. 3**

**VERSUS**

**JOE CARBO, III, ET AL.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 207,089
HONORABLE BERT DEXTER RYLAND, DISTRICT COURT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**ULYSSES GENE THIBODEAUX
CHIEF JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, C.J., John D. Saunders, and Arthur J. Planchard[*], Judges.

**AFFIRMED.**

**Christopher J. Roy, Sr.
Attorney at Law
P. O. Box 1911
Alexandria, LA 71309-1911
Telephone: (318) 767-1114
COUNSEL FOR:
        Defendant/Appellee - Joe Carbo, III**

---

[*]Honorable Arthur J. Planchard, retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**Gregory R. Aymond**
**Attorney at Law**
**P. O. Box 5503**
**Alexandria, LA 71307-5503**
**Telephone: (318) 445-3618**
**COUNSEL FOR:**
> **Plaintiff/Appellant - Rapides Parish Waterworks District No. 3**

**Cynthia Thomas Batiste**
**Louisiana Department of Labor**
**P. O. Box 94094**
**Baton Rouge, LA 70804-9094**
**Telephone: (225) 342-3044**
**COUNSEL FOR:**
> **Defendant/Appellee - Garey Forster, Secretary, Department of Labor**